UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62564-BLOOM/Valle

DEVDATTA BHOGTE, *individually and
on behalf of those similarly situated*,

    Plaintiff,

v.

PHOENIX MANAGEMENT SERVICES,
INC., *et al*.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On December 26, 2021, Plaintiff Devdatta Bhogte ("Plaintiff") initiated this action against Defendants Phoenix Management Services, Inc. ("Phoenix") and Majestic Gardens Condominium C Association, Inc. ("Majestic") (collectively, "Defendants"). *See* ECF No. [1].[1] On January 14, 2022, Majestic filed a Suggestion of Bankruptcy, ECF No. [7] ("Suggestion"), informing the Court that it commenced a bankruptcy proceeding under Chapter 11 of the United States Bankruptcy Code, Case No. 21-18653-PDR, pending in the United States Bankruptcy Court for the Southern District of Florida.

Accordingly, it is **ORDERED AND ADJUDGED** that **on or before January 26, 2022**, Plaintiff shall show cause as to why these proceedings should not be automatically stayed, pursuant to 11 U.S.C. § 362, in its entirety based upon the interrelated claims asserted against Defendants.

---

[1] The Complaint asserts four claims for relief: (1) violation of 15 U.S.C. § 1692e(2)(A) against Phoenix; (2) violation of 15 U.S.C. § 1692e(11) against Phoenix; (3) violation of 15 U.S.C. § 1692g(a)(3)-(5) against Phoenix; and (4) violation of Fla. Stat. § 559.72(9) against Phoenix and Majestic. *See generally* ECF No. [1].

Case No. 21-cv-62564-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 19, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record