# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE No.: 0:21-cv-62564-BB

DEVDATTA BHOGTE, *individually and on behalf of those similarly situated*,

    Plaintiff,

vs.

PHOENIX MANAGEMENT SERVICES, INC., et al.,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MAJESTIC GARDENS CONDOMINIUM C ASSOCIATION, INC.

Plaintiff Devdatta Bhogte, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice with respect to Defendant Majestic Gardens Condominium C Association, Inc.

DATED: January 25, 2022

    Respectfully Submitted,

    /s/ Jibrael S. Hindi
    **JIBRAEL S. HINDI, ESQ.**
    Florida Bar No.: 118259
    E-mail:   jibrael@jibraellaw.com
    **THOMAS J. PATTI, ESQ.**
    Florida Bar No.: 118377
    E-mail:   tom@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone:    954-907-1136
    Fax:    855-529-9540
    *COUNSEL FOR PLAINTIFF*

.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 25, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                          Respectfully Submitted,

                          _/s/ Thomas J. Patti_          .
                          **THOMAS J. PATTI, ESQ.**
                          Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com