UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-62564-BLOOM/Valle**

DEVDATTA BHOGTE, *individually and
on behalf of those similarly situated*,

    Plaintiff,

v.

PHOENIX MANAGEMENT SERVICES,
INC.,

    Defendant.
_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on December 26, 2021, ECF No. [1]. A summons was issued as to Defendant Phoenix Management Services, Inc. ("Defendant") on December 27, 2021. ECF No. [4]. Service of the summons and Complaint was executed on Defendant on January 6, 2022, setting a response deadline of **January 27, 2022**. ECF No. [13]; *see also* ECF No. [14]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

    1.    Defendant must file a response to the Complaint by or before **February 8, 2022**.

    2.    If Defendant fails to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **February 15, 2022**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the

Case No. 21-cv-62564-BLOOM/Valle

address or addresses to which it was sent. Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to Defendant.

3. The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 1, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Phoenix Management Services, Inc.
4800 North State Road Seven, #105
Lauderdale Lakes, Florida 33319