UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62564-BLOOM/Valle

DEVDATTA BHOGTE, *individually and
on behalf of those similarly situated*,

    Plaintiff,

v.

PHOENIX MANAGEMENT SERVICES,
INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On February 1, 2022, the Court entered an Order on Default Procedures ("Order") directing Defendant to file a response to Plaintiff's Complaint by or before February 8, 2022. ECF No. [16] at 1. In the Order, the Court directed Plaintiff to submit a Motion for Entry of Clerk's Default by February 15, 2022, if Defendant failed to file a response. *Id.* The Order further cautioned that "Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in dismissal without prejudice and without further notice as to the Defendant." *Id.* at 2. To date, Defendant has not filed a response to Plaintiff's Complaint, and Plaintiff has not filed a Motion for Entry of Clerk's Default or shown good cause.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with court orders.

2. Each party shall bear its own attorneys' fees and costs.

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT**

Case No. 21-cv-62564-BLOOM/Valle

and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 16, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record