## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. **0:21-cv-62564-BLOOM/Valle**

**DEVDATTA BHOGTE**,
*individually and on behalf of
those similarly situated,*

    Plaintiff,

v.

**PHOENIX MANAGEMENT SERVICES, INC.,**

    Defendants.
_____/

## MOTION FOR FINAL ENTRY OF DEFAULT JUDGMENT

Plaintiff Devdatta Bhogte ("Plaintiff") requests that Default Final Judgment be entered against Defendant Phoenix Management Services, Inc. ("Defendant").

1. Plaintiff sued Defendant for violating the Florida Consumer Collection Practices Act ("FCCPA"), *to wit*, Fla. Stat. § 559.72(9).

2. Service of Process was effectuated on Defendant with respect to Plaintiff's lawsuit on January 6, 2022. See [D.E. 14] for a copy of the associated return of service.

3. The deadline for Defendant to respond Plaintiff's complaint was January 26, 2022.

4. The allegations of Plaintiff's complaint, of which Defendant has now admitted by way of failing to file a timely response to Plaintiff's complaint, establish that Defendant violated the FDCPA, namely 15 U.S.C. §§1692e(2)(A), 1692e(11), and 1692g(a)(3)-(5), and FCCPA, *namely*, Fla. Stat. § 559.72(9).

5. Plaintiff is entitled to $1,000 in statutory damages for violations of 15 U.S.C. §§1692e(2)(A), 1692e(11), and 1692g(a)(3)-(5). *See* 15 U.S.C. §§1692k.

6. Plaintiff is entitled to reasonable attorney's fees and costs for violations of 15 U.S.C. §§1692e(2)(A), 1692e(11), and 1692g(a)(3)-(5). *See* 15 U.S.C. §§1692k.

7. Plaintiff is entitled to $1,000 in statutory damages for violations of Fla. Stat. § 559.72(9). *See* Fla. Stat. § 559.77(2).

8. Plaintiff is entitled to reasonable attorney's fees and costs for violations of Fla. Stat. § 559.72(9). *See* Fla. Stat. § 559.77(2).

9. WHEREFORE, Plaintiff, respectfully, asks that this Court enter judgment in favor of Plaintiff and against Defendant for statutory damages in the amount of $2,000.00, and reasonable attorneys' fees and costs.

Dated: May 31, 2022

Respectfully Submitted,

 /s/ Jennifer G. Simil
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail:   jen@jibraellaw.com
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   561-542-8550

*COUNSEL FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 31, 2022, a true and correct copy of the foregoing was furnished, via US Mail to Defendant Phoenix Management Services, Inc., at 4800 North State Road 7, Ste F105, Lauderdale Lakes, Florida 33319. The foregoing was also electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   /s/ Jennifer G. Simil
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195