Case No. 21-cv-62564-BLOOM/Valle

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-62564-BLOOM/Valle**

DEVDATTA BHOGTE, *individually and on behalf of those similarly situated*,

    Plaintiff,

v.

PHOENIX MANAGEMENT SERVICES, INC.,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff Devdatta Bghote ("Plaintiff") Motion for Final Entry of Default Judgment, ECF No. [24] ("Motion"), filed on May 31, 2022. The Court granted the Motion in part and denied it in part in a separate order.[1] Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Final Default Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [24]**, is **GRANTED in part and DENIED in part**.

2. **FINAL DEFAULT JUDGMENT** is entered in this case in favor of Plaintiff Devdatta Bhgote and against Defendant Phoenix Management Services, Inc.

3. Plaintiff Devdatta Bhgote shall recover damages in the amount of $2,000.00, plus post-judgment interest from Defendant Phoenix Management Services, Inc.

4. The Court retains jurisdiction to enter any further orders that are proper.

---

[1] The Court granted Plaintiff's request for default judgment and statutory damages, but denied the Motion without prejudice as it related to the insufficiently supported request for attorneys' fees and costs.

Case No. 21-cv-62564-BLOOM/Valle

5. To the extent not otherwise disposed of, any pending motions are **DENIED AS MOOT** and all pending deadlines are **TERMINATED**.

6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 6, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Phoenix Management Services, Inc.
4800 North State Road 7 # 105
Lauderdale Lakes, FL 33319